**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Roderick L. SMITH, Defendant–Appellant.**

No. 06–16276

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Sept. 27, 2007.

Peter Warren Kenny, Federal Public Defender's Office, R. Fletcher Peacock, Orlando, FL, for Defendant–Appellant.

Roberta Josephina Bodnar, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Before BIRCH, BARKETT and PRYOR, Circuit Judges.

PER CURIAM:

Peter Warren Kenny, appointed counsel for Roderick L. Smith, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Smith's revocation of supervised release and sentence are **AFFIRMED.**

The motion to appoint counsel is **DENIED AS MOOT.**